**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **LAUREN VESELY** § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **CH WILKINSON PHYSICIAN** § <br> **NETWORK, ET AL** § <br> Defendant. § | **CIVIL ACTION NO. 2:21-cv-00104** |

**DEFENDANT CH WILKINSON PHYSICAL NETWORK
D/B/A CHRISTUS PHYSICIAN GROUP'S
NOTICE OF FILING OF AGREED CONFIDENTIALITY AND PROTECTIVE ORDER**

Defendant CH WILKINSON PHYSICAL NETWORK D/B/A CHRISTUS PHYSICIAN GROUP ("CHRISTUS" or "Defendant") files this Notice of Filing of Agreed Confidentiality and Protective Order, and shows as follows:

1. Pursuant to Federal Rule 26(c), the parties have agreed to the attached Agreed Confidentiality and Protective Order.

WHEREFORE, Defendant CHRISTUS respectfully requests that this Court accept the attached Agreed Confidentiality and Protective Order, and for all relief, at law and in equity, to which it may be entitled.

Respectfully submitted,

By:    /s/ *Danya W. Blair*
     Danya W. Blair, Attorney-in-Charge
     State Bar No. 00790315
     Federal ID No. 18239
     AKERMAN LLP
     Email: danya.blair@akerman.com
     112 East Pecan St., Suite 2750
     San Antonio, Texas 78205
     Phone No. (210) 582-0220
     Fax No. (210) 582-0231

                                        Ryan C. Krone
                                        State Bar No. 24085750
                                        Akerman LLP
                                        Email: ryan.krone@akerman.com
                                        1300 Post Oak Boulevard, Suite 2300
                                        Houston, Texas 77056
                                        Telephone No. (713) 871-6836
                                        Fax No. (713) 960-1527

**ATTORNEYS FOR DEFENDANT CH WILKINSON PHYSICIAN NETWORK D/B/A CHRISTUS PHYSICIAN GROUP**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to the following attorneys of record on this 27th day of October, 2021.

Michael J. Hengst
m.hengst@hengstlaw.com
2100 West Loop South, Suite 1125
Houston, Texas 77027

Andrew L. Mintz
andrew@almintzlawfirm.com
Andrew L. Mintz, PLLC
2100 West Loop South, Suite 1125
Houston, Texas 77027

                                        /s/ *Danya W. Blair*
                                        Danya W. Blair