IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **LAUREN VESELY**<br>　　Plaintiff, § § § | |
| VS. § § | CAUSE NO. 2:21-cv-00104 |
| **CH WILKINSON PHYSICIAN NETWORK d/b/a CHRISTUS PHYSICIAN GROUP** § § § § | |
| 　　Defendant § | **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered Plaintiff's Unopposed Motion to Dismiss With Prejudice in the above-styled and numbered cause. After considering Plaintiff's Motion, the Court is of the opinion that such Motion should be granted. It is therefore,

ORDERED, that Plaintiff Lauren Vesely's Unopposed Motion to Dismiss with Prejudice is granted. It is further,

ORDERED, that Plaintiff Lauren Vesely's claims against Defendant CH Wilkinson Physician Network d/b/a Christus Physician Group in the above styled and numbered cause are dismissed with prejudice. It is further,

ORDERED, that each party is responsible for its own costs and attorneys' fees.

April 06, 2022

_____
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM ONLY

_/s/ Michael J. Hengst_____
Michael J. Hengst
Attorney for Plaintiff
Lauren Vesely